IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GEORGE SISKOFF,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
SAFEWAY INCORPORATED and　　　　　　　　)
NANCY PATTERSON,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　No. 3:10-cv-0126-HRH
　　　　　　　　　　　Defendants.　　　　)
_____)

O R D E R

Case Remanded

Plaintiff George Siskoff having moved this court for an order remanding this matter to state court[1] and the court having considered defendants' non-opposition thereto,[2]

IT IS HEREBY ORDERED that this matter is remanded to state court.

DATED at Anchorage, Alaska, this 25th day of June, 2010.

　　　　　　　　　　　　　　　　　　　/s/ H. Russel Holland
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1]Docket No. 5.

[2]Docket No. 7.

- 1 -